65100-1190/LiL-4848

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, not individually, but as
Trustee of PLUMBERS' PENSION FUND,
LOCAL 130, U.A., etc., at al.

               Plaintiffs,
    v.

GRAND PLUMBING, INC., an Illinois
corporation,

          Defendant,

CASE NUMBER: 09 C 7960

ASSIGNED JUDGE: John A. Nordberg

DESIGNATED MAGISTRATE JUDGE: Morton Denlow

TO: (Name and address of Defendant)

Grand Plumbing, Inc.,
c/o R & S Legal Services, Inc., registered agent
200 West Madison Street
Suite 2100
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Brian T. Bedinghaus
20 North Clark Street, Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_[signature]_

(By) DEPUTY CLERK

December 28, 2009
Date

Exhibit A

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 4'th, 2010 |
| NAME OF SERVER (PRINT) Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

XXX Other (specify): Personally handed the Summons and the Complaint to Ms. Andrea Delval, of the office of R & S Legal Services, Inc., the Registered Agent for the defendant, Grand Plumbing, Inc. Service was effected at the business location of R & S Legal Services, Inc., at 200 West Madison Street, Suite # 2100, in Chicago, Illinois. Service was effected at the hour of 1:05 p.m., on January 4'th, 2010.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 4'th, 2010 — Date

Philip P. Ducar — *Signature of Server*

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit A