IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 09 C 7960 |
| v. | ) ) ) | Judge John A. Nordberg |
| GRAND PLUMBING, INC., | ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) ) | |

### AFFIDAVIT OF JOHN W. LOSEMAN

State of Illinois        )
                         ) ss.
County of Cook      )

John W. Loseman hereby deposes and states:

1. I am of adult age and otherwise competent to make this Affidavit. All statements herein are made on my personal knowledge.

2. I am an attorney licensed to practice, *inter alia*, within the State of Illinois and before the United States District Court for the Northern District of Illinois. I am responsible for representing Plaintiffs in the captioned action.

3. I am a partner in the law firm of LEWIS, OVERBECK AND FURMAN, LLP, ("Firm"), 20 N. Clark Street, Suite 3200, Chicago, Illinois. All attorneys and paralegals who represented Plaintiffs in this action were partners in, associated with, or employed by, Firm.

4. In the course of their representation of Plaintiffs, the attorneys and paralegals of Firm made contemporaneous daily time entries. This Affidavit is based on Affiant's personal knowledge of this case and review of Firm's daily time entries itemizing the time actually spent

Exhibit B

by attorneys and paralegals of Firm in the course of this matter, along with certain costs paid for or incurred on the account of Plaintiffs herein.

5. Throughout this case, Firm has charged its normal and customary hourly charges for legal services rendered to Plaintiffs in this action. Firm's normal and customary hourly charges are reasonable within the Chicago area legal community, and are paid by other clients of Firm.

6. "DAL" in the time entries designates attorney Douglas A. Lindsay, a partner in Firm. DAL has been licensed to practice law in the State of Illinois since 1976, and is a member of the U.S. Supreme Court, the U.S. Court of Appeals for the Seventh Circuit, and the U.S. District Courts for the N.D. Illinois, C.D. Illinois, E.D. Wisconsin, and N.D. Indiana. DAL has extensive experience in ERISA and LMRA matters, including enforcement of labor arbitration awards. In the course of this matter, DAL provided 1.5 hours of legal services to Plaintiffs at the rate of $300.00 per hour, for a total of $450.00.

7. "JWL" in the time entries designates Affiant, John W. Loseman. JWL has been licensed to practice law in the State of Illinois since 1989, and is a member of the U.S. Supreme Court, the U.S. Court of Appeals for the Seventh Circuit, and the U.S. District Courts for the N.D. Illinois, C.D. Illinois, and N.D. Indiana. JWL has considerable experience in ERISA and LMRA matters, including enforcement of labor arbitration awards. In the course of this matter through December 31, 2009, JWL provided 10.7 hours of legal services to Plaintiffs at the rate of $255.00 per hour, for a total of $2,728.50.

8. "BTB" in the time entries designates attorney Brian T. Bedinghaus, an associate of Firm. BTB has been licensed to practice law in the State of Illinois since 2005, and is a member of the U.S. District Court for the N.D. Illinois. In the course of this matter, BTB

Exhibit B

provided 0.2 hours of legal services to Plaintiffs at the rate of $170.00 per hour, for a total of $34.00.

9. "RCP" in the time entries designates Robert C. Parizek, a paralegal employed by Firm. In the course of this matter, RCP provided 1.6 hours of services to Plaintiffs at the rate of $85.00 per hour, for a total of $136.00.

10. In addition to attorneys' and paralegals' fees, Plaintiffs incurred charges for the following: $350.00 for the federal court complaint filing fee; $70.00 for service of process; $60.00 for electronic docket fees; and $82.18 postage costs and photocopy expenses, for a total of $562.18. Each of these charges was incurred in connection with this case, and is not a usual office overhead expense. These charges are billed separately by Firm to its clients.

11. The sum of the above-described fees is $3,348.50, and the sum of the above-described costs and expenses is $562.18, for a total of $3,910.68.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2010                              /s/ John W. Loseman
                                                     John W. Loseman
                                                     20 N. Clark Street
                                                     Suite 3200
                                                     Chicago, IL 60602-5093
                                                     312.580.1258

Exhibit B